UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY BOU,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>            Defendants. | |

HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NO. 11-6356
(JEI/JS)

**ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
(Dkt. No. 28)**

**APPEARANCES:**

PATRICK GECKLE, LLC
By:  Michael Cortese, Esq.
1500 J.F.K. Blvd., Suite 1850
Philadelphia, PA 19102
      Counsel for Plaintiff

STATE OF NEW JERSEY, OFFICE OF THE ATTORNEY GENERAL
By:  Roshan Deven Shah, Deputy Attorney General
RJ Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
      Counsel for Defendants

**IRENAS,** Senior District Judge:

      This matter having appeared before the Court upon Defendants

DePinto and Hurley's Motion for Summary Judgment (Dkt. No. 28),

the Court having considered the submissions of the parties, and

for good cause appearing;

1

**IT IS** on this  26  day of August, 2013,

**ORDERED THAT:**

(1) Defendants' Motion for Summary Judgment is hereby **DENIED** as to Plaintiff's claims for excessive force under 42 U.S.C. § 1983 and N.J.S.A. 10:6-2.

(2) Defendants' Motion for Summary Judgment is hereby **DENIED** as to Plaintiff's claims for assault and battery.

(3) Defendants' Motion for Summary Judgment is hereby **GRANTED** as to Plaintiff's claim for intentional infliction of emotional distress.

　　　　　　　　　　　　　　　 s/Joseph E. Irenas

**JOSEPH E. IRENAS, S.U.S.D.J.**